JPML FORM 1A

P.1

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 878 -- In re Infant Formula Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/02/05 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 - A-12), CERT. OF SVC. -- Filed by Abbott Laboratories, Incorporated, Bristol-Myers Squibb Company and American Home Products -- SUGGESTED TRANSFEREE DISTRICT: DISTRICT OF COLUMBIA -- SUGGESTED TRANSFEREE JUDGE: ? (received 2/5/91) (sg) |
| 91/02/15 | | APPEARANCES -- MICHAEL D. HAUSFELD, ESQ. for Ingram Pharmacy, Inc., etc.; RICHARD W. GIAVQUE, ESQ. for Albertson's Inc.; JEROME W. HOFFMAN, ESQ. for State of Florida; GRANVIL I. SPECKS, ESQ. for Barry's Cut Rate Stores, Inc., etc.; MICHAEL J. FREED, ESQ. for Division Drugs, Inc.; GUIDO SAVERI, ESQ. for Sapstein Bros. Pharmacy, Inc., etc.; ROBERT N. KAPLAN, ESQ. for Sidney Levin, etc.; KENNETH A. JACOBSEN, ESQ. for Mark Drug-Strathmore, Inc.; WARREN RUBIN, ESQ. for Eagleville Pharmacy, Inc.; H. LADDIE MONTAGUE, JR., ESQ. for Giant Markets, Inc.; ARNOLD LEVIN, ESQ. for Bruce Sigman, etc.; ALISA G. FIELD, ESQ. for SPAWD, Inc., Etc.; JOHN H. SHENEFIELD, ESQ. for Abbott Laboratories, Inc., et al.; KENNETH BERLIN, ESQ. for Bristol-Myers Squibb Company; MARK R. MERLEY, ESQ. for American Home Products Corporation; RICHARD ALAN ARNOLD, ESQ. for American Stores Company (sg) |
| 91/02/15 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on March 22, 1991 in Palm Springs, California (rh) |
| 91/02/20 | 2 | EXTENSION OF TIME -- Albertson's Inc. and American Stores Company -- Extension of time granted to all parties responding to motion to and including 3/1/91 -- w/cert. of svc. (sg) |
| 91/02/20 | 3 | EXTENSION OF TIME -- State of Florida -- Extension of time granted to all parties responding to motion to and including 3/1/91 -- w/cert. of svc. (sg) |
| 91/02/22 | | APPEARANCE -- DOUGLAS D. BROADWATER, ESQ. for Bristol Myers Squibb Company and its Mead Johnson Nutritional Group (sg) |

JPML FORM 1A

P.2

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/02/22 | 4 | NOTICE OF POTENTIAL TAG-ALONG ACTIONS -- New Plains Pharmacy, Inc., et al. v. Abbott Laborities, et al., D. New Jersey, C.A. No. 91-179; Ecumencial Metropolitan Ministry/Norwest Harvest, et al. v. Abbott Laborities, et al. D. New Jersey, C.A. No. 91-485; Central Drug Mart, Inc., et al. v. Abbott Laborities, et al. N.D. Illinois, C.A. No. 91C0545; Grimaldi Pharmacy Inc. v. Abbott Laboratories, Inc., et al., S.D. New York, C.A. No. 91-Civ 1038; I&B Pharmacy, Inc., et al. v. Abbott Laboratories, et al., E.D. New York, C.A. No. 91 Civ 0514 -- w/cert. of svc. (sg) |
| 91/02/22 | | APPEARANCE -- DOUGLAS D. BROADWATER, ESQ. for Bristol Myers Squibb Company and its Mead Johnson Nutritional Group (sg) |
| 91/02/25 | 5 | NOTICE OF TAG-ALONG ACTIONS -- Pltfs. Giant Markets Inc. -- w/cert. of svc. -- White Rose v. Abbott, S.D.N.Y. 91-1301 -- Copps Corp. v. Abbott, M.D. Pennsylvania, 91-0191 (sg) |
| 91/03/01 | 6 | RESPONSE, MEMORANDUM, EXHIBITS A & B -- pltf. The State of Florida -- w/cert of service (cdm) |
| 91/03/01 | 7 | RESPONSE, MEMORANDUM, EXHIBITS 1-5 -- pltfs. Albertson, Inc. and American Stores Company -- w/cert. of service (cdm) |
| 91/03/01 | 8 | JOINT RESPONSE, MEMORANDUM, EXHIBITS A & B -- filed by ALL plaintiffs in actions on Motion (EXCEPT Albertson's and Florida) AND interested plaintiffs in seven related actions -- w/cert. of service (cdm) |
| 91/03/06 | 9 | NOTICE OF RELATED ACTIONS -- filed by deft. Bristol Myers Squibb Co. w/svc. -- White Rose Rose Food, etc. v. Abbott Laboratories, Inc., et al., S.D.N.Y., C.A. No. 91-Civ-1301 and The Copps Corporation, etc. v. Abbott Laboratories, Inc., et al., M.D. Pa., C.A. No. 3:CV-91-191 (ds) |
| 91/03/08 | 10 | REPLY/BRIEF -- defts. Abbott Laboratories, Inc., Bristol-Myers Squibb Co. and American Home Products w/exhibits A thru G and cert. of svc. (ds) |
| 91/03/20 | 11 | JOINDER IN PLAINTIFFS' JOINT RESPONSE (to pldg. #8) -- pltf. Klauser Corporation w/cert. of svc. (ds) |

JPML FORM 1A  p.3

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 878 -- In re Infant Formula Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/03/21 | | HEARING APPEARANCES -- (For hearing on 3/22/91 in Palm Springs, California) DOUGLAS D. BROADWATER, ESQ. for Bristol-Meyers Squibb Co.; Abbott Laboratories, Inc. and American Home Products Corp.; MICHAEL J. FREED, ESQ. for Giant Markets, Inc.; Division Drugs, Inc.; Sigman d/b/a Weldon Pharmacy; SPAWD, Inc.; Barry's Cut Rate Stores, Inc.; New Plains Pharmacy, Inc.; Sapstein Brothers; Eagleville Pharmacy; Ingram Pharmacy; Levin d/b/a Quality Drug Stores; Mark-Drug Strathmore, Inc.; Ecumenical Metropolitan Ministry/Northwest Harvest; IRB Pharmacy, Inc. d/b/a Main Pharmacy; The Copps Corp.; Central Drug Mart, Inc.; Grimaldi Pharmacy, Inc. and White Rose Food; PATRICIA A. CONNERS, ESQ. for State of Florida; RICHARD ALAN ARNOLD, ESQ. for American Stores Co. and Albertson's, Inc. (rh) |
| 91/04/05 | 12 | NOTICE OF RELATED ACTIONS -- filed by Bristol Myers Squibb Co. and Mead Johnson Nutritional Group -- Melrose Pharmacy, Inc. v. Abbott Laboratories, et al., E.D. Pa., C.A. No. 91-1510; Peter J. Schmitt Co., Inc. v. Abbott Laboratories, Inc., et al., W.D. N.Y., C.A. No. 91 Civ 0148A and Klauser Corp. v. Abbott Laboratories, Inc., et al., W.D. Wash., C.A. No. C91-5124T -- w/cert. of svc. (rh) |
| 91/04/16 | | CONSENT OF TRANSFEREE COURT -- for assignment of litigation to the Honorable Maurice M. Paul, N.D. Florida (cdm) |
| 91/04/16 | | TRANSER ORDER -- transferring A-1 and A-2 through A-19 to the Northern District of Florida before the Honorable Maurice M. Paul -- Notified Panel judges, misc. recipients, and involved judges, clerks and counsel (cdm) |
| 91/05/10 | | APPEARANCE -- RICHARD ALAN ARNOLD, ESQ. for American Stores Company (sg) |

JPML FORM 1A

B-4

## DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 878 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/06/03 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-20 Hyperx, Inc. d/b/a Health-Rite Pharmacy v. Abbott Laboratories, et al., N.D. Illinois, C.A. No. 91-C-1870; B-21 Peter J. Schmitt Co., Inc. v. The Abbott Laboratories, et al., W.D. New York, C.A. No. 91-Civ-0148A; B-22 Melrose Pharmacy, Inc. v. Abbott Laboratories, et al., E.D. Pennsylvania, C.A. No. 91-1510 and B-23 Klauser Corporation v. Abbott Laboratories, Inc., et al., W.D. Washington, C.A. No. C91-5124T -- Notified involved counsel and judges (rh) |
| 91/06/19 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-20 Hyperx, Inc. d/b/a Health-Rite Pharmacy v. Abbott Laboratories, et al., N.D. Illinois, C.A. No. 91-C-1870; Peter J. Schmitt Co., Inc. v. The Abbott Laboratories, et al., W.D. New York, C.A. No. 91-Civ-0148A; Melrose Pharmacy, Inc. v. Abbott Laboratories, et al., E.D. Pennsylvania, C.A. No. 91-1510; Klauser Corporation v. Abbott Laboratories, Inc., et al., W.D. Washington, C.A. No. C91-5124T -- Notified involved clerks and judges (sg) |
| 91/09/03 | | CONDIITONAL TRANSFER ORDER FILED TODAY -- C-24 United Brothers Finer Foods, Inc. v. Abbott Laboratories, et al., N.D. Illinois, C.A. No. 91-C-4856 -- NOTIFIED INVOLVED COUNSEL AND JUDGES (cdm) |
| 91/09/19 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-24 United Brothers Finer Foods, Inc. v. Abbott Laboratories, et al., N.D. Illinois, C.A. No. 91-C-4856 -- Notified involved clerks and judges (ds) |
| 92/05/15 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-25 Fleming Companies, Inc., v. Abbott Laboratories, et al., W.D. Oklahoma, C.A. No. 92-CIV-792R -- Notified involved counsel and judges (dld) |
| 92/05/29 | 13 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in C-25 Fleming Companies, Inc. v. Abbott Laboratories, et al., W.D. Oklahoma, C.A. No. 92-CIV-792R -- Notified involved counsel and judges (rh) |
| 92/06/01 | 14 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by deft. in C-25 Albertson's, Inc.(Fleming Companies, Inc. v. Abbott Laboratories, et al.), W.D. Oklahoma, C.A. No. 92-CIV-792R -- Notified involved counsel and judges (dld) |
| 92/06/02 | | APPEARANCE __ DOUGLAS D. BROADWATER, ESQ. for Mead Johnson & Co. (rew) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 878 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/06/12 | 15 | MOTION/BRIEF/SCHEDULE TO VACATE CTO (re: C-25 Fleming Companies, Inc. v. Abbott Laboratories, et al., W.D. Oklahoma, C.A. No. 92-CIV-792R) -- filed by pltf. Fleming Companies, Inc. w/cert. of svc. (ds) |
| 92/06/17 | 16 | FILED BY PLAINTIFFS ALBERTSON'S, INC., ET AL. --( Joinder in pldg. #15 Pltfs. C-25 Fleming Companies, Inc. Motion to Vacate CTO) w/exhibits 1 & 2, and cert. of svc. (dld) |
| 92/06/19 | | HEARING ORDER -- Setting opposition of pltf. in C-25 Fleming Companies, Inc. to transfer for Panel Hearing on July 31, 1992 in Richmond, Virginia -- Notified involved counsel, judges and clerks (bas) |
| 92/07/02 | 18 | APPLICATION FOR EXTENSION OF TIME TO FILE REPLY BRIEF -- DENIED per telephone conversation per Rose - Notified involved counsel and liaison counsel w/cert. of svc. (dld) |
| 92/07/02 | 17 | RESPONSE, MEMORANDUM -- (to pldg. #15) Filed by Class Action Plaintiffs -- w/cert. of svc. (rh) |
| 92/07/06 | 19 | RESPONSE, MEMORANDUM -- (to pldg. #15) Filed by Defts. Abbott Laboratories; Bristol-Myers Squibb Company and American Home Products Corp. -- w/Exhibits and cert. of svc. (received 7/2/92) (rh) |
| 92/07/13 | 20 | REPLY/BRIEF -- Filed by pltf. Fleming Companies w/cert. of svc. (dld) |
| 92/07/31 | | HEARING APPEARANCES -- (for Panel Hearing on July 31, 1992 in Richmond, Virginia) -- JOSEPH WALTERS, ESQ. for Fleming Companies, Inc.; RICHARD ALAN ARNOLD, ESQ. for Albertson's, American Stores and Safeway; H. LADDIE MONTAGUE, JR., ESQ. for MDL-878 Class Plaintiffs; DOUGLAS D. BROADWATER, ESQ. for Bristol-Meyers Squibb Company and American Homes Products Corp.; THOMAS A. GOTTSCHALK, ESQ. for Abbott Laboratories (kac) |
| 92/09/03 | | TRANSFER ORDER -- Transferring (C-25) Fleming Companies, Inc. v. Abbott Laboratories, et al. to N.D. Florida before the Hon. Maurice M. Paul -- Notified involved counsel, judges, clerks (incl. hearing clerk), panel judges and misc. recipients (leg) |
| 92/09/04 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (C-26) Scrivner, Inc. v. Abbott Laboratories, et al., W.D. Oklahoma, C.A. No. CIV-92-1628R -- Notified involved counsel and judges (leg) |
| 92/09/18 | 21 | NOTICE OF OPPOSITON -- Scrivner, Inc. v. Abbott Laboratories, et al., W.D. Oklahoma, C.A. No. CIV-92-1628R -- Notified involved counsel and judges. (dld) |

JPML FORM 1A

p.6

## DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 878 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/09/22 | 22 | MOTION/BRIEF TO VACATE CTO -- filed by pltf. Scrivner, Inc. (re: C-26 Scrivner, Inc. v. Abbott Laboratories, et al., W.D. Okla., C.A. No. CIV-92-1628-L) -- w/cert. of svc. (bas) |
| 92/10/14 | 23 | RESPONSE -- (re: pldg.#22) Filed by Defts. Abbott Laboratories and Bristol-Myers Squibb Co. w/Appendix A-E and cert. of svc. (lg)   (RECV'D on 10/13/92) |
| 92/10/23 | | HEARING ORDER -- Setting opposition of pltf. in **C-26** Scrivner, Inc. to transfer for Panel Hearing on November 20, 1992 in Jacksonville, Florida -- Notified involved counsel, judges and clerks (bas) |
| 92/11/17 | | HEARING APPEARANCES -- (for Panel Hearing on 11/20/92 in Jacksonville, Florida) -- JAMES M. STURDIVANT, ESQ. for Scrivner, Inc.; FRANK CICERO, JR., ESQ. for Bristol-Myers Squibb Co. and Abbott Laboratories (bas) |
| 92/11/17 | | WAIVER OF ORAL ARGUMENT -- (for Panel Hearing on 11/20/92 in Jacksonville, Florida) -- Albertson's, Inc., American Stores, and Safeway (bas) |
| 92/11/24 | | TRANSFER ORDER -- Transferring (C-26) Scrivner, Inc. v. Abbott Laboratories, et al., to N.D. Florida before Hon. Maurice M. Paul -- Notified involved counsel, judges, clerks (incl. hearing clerk), panel judges (nng) |
| 93/06/09 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- **(C-27)** State of Louisiana v. Abbott Laboratories, Inc., et al., M.D. Louisiana, c.A. No. 3:93-CV-428 - Notified involved counsel & judges (lg) |

JPML Form 1

Revised: 8/78

DOCKET NO. 878 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Infant Formula Antitrust Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | April 16, 1991 | TO | Unpublished | N.D. Florida | Maurice M. Paul | |

### Special Transferee Information

904-681-7165

DATE CLOSED: 9/7/93

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 878 -- In re Infant Formula Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Ingram Pharmacy, Inc., etc. v. Abbott Laboratories, Inc., et al. | D.C. Harris | 91-0044 | 4/16/91 | 91-40151MP | | |
| A-2 | Albertson's, Inc., et al. v. Abbott Laboratories, et al. | Fla.,N. Paul | 91-40011 | — | | | |
| A-3 | Florida v. Abbott Laboratories, et al. | Fla.,N. Paul | 91-40002 | — | — | 5/25/93 D | |
| A-4 | Barry's Cut Rate Stores, Inc., etc. v. Abbott Laboratories, et al. | Ill.,N. Conlon | 91-C-0321 | 4/16/91 | 91-40137 | | |
| A-5 | Division Drugs, Inc. v. Abbott Laboratories, et al. | Ill.,N. Holderman | 91-C-0205 | 4/16/91 | 91-40138 | | |
| A-6 | Sapstein Bros. Pharmacy, Inc., etc. v. Abbott Laboratories, et al. | Ill.,N. Leinenweber | 91-C-0387 | 4/16/91 | 91-40139 | | |
| A-7 | Sidney Levin, etc. v. Abbott Laboratories, Inc., et al. | N.Y.,S. ~~Levin~~ Edelstein | 91-CIV-0668 | 4/16/91 | 91-40141 | | |
| A-8 | Mark Drug-Strathmore, Inc. v. Abbott Laboratories, et al. | N.Y.,S. ~~Leval~~ | 91-CIV-0688 | 4/16/91 | 91-40142 | | |
| A-9 | Eagleville Pharmacy v. Abbott Laboratories, et al. | Pa.,E. ~~Eagleville~~ Kelly | 91-CV-0376 | 4/16/91 | 91-40146 | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | Giant Markets, Inc., etc. v. Abbott Laboratories, Inc., et al. | Pa.,M. Conaboy | CV-91-0004 | 4/16/91 | 91-40147 | | |
| A-11 | Bruce Sigman, etc. v. Abbott Laboratories, Inc., et al. | Pa.,M. Conaboy | CV-91-0026 | 4/16/91 | 91-40148 | | |
| A-12 | SPAWD, Inc., etc. v. Abbott Laboratories, Inc., et al. | Pa.,M. Conaboy | CV-91-0093 | 4/16/91 | 91-40149 | | |
| A-13 | Central Drug Mart, Inc., etc. v. Abbott Laboratories, et al. | Ill.,N. Rovner | 91-C-0545 | 4/16/91 | 91-40140 | | |
| A-14 | COPPS Corporation, etc. v. Abbott Laboratories, et al. | Pa.,M. Conaboy | 91-CV-191 | 4/16/91 | 91-40150 | | |
| A-15 | New Plains Pharmacy, Inc., etc. v. Abbott Laboratories, et al. | N.J. Bissell | 91-CV-00179 | 4/16/91 | 91-40152 | | |
| A-16 | Ecumenical Metropolitan Ministry/Northwest Harvest, etc. v. Abbott Laborities, et al. | N.J. Bissell | 91-CV-00485 (JWB) | 4/16/91 | 91-40153 | | |
| A-17 | I&B Pharmacy, Inc., etc. v. Abbott Laboratories, et al. | N.Y.,E. Korman | 91-Civ-0514 (ERK) | 4/16/91 | 91-40145 | | |
| A-18 | Grimaldi Pharmacy, Inc., etc. v. Abbott Laboratories, Inc., et al. | N.Y.,S. | 91-CV-1038 | 4/16/91 | 91-40143 | | |
| A-19 | White Rose Food, etc. v. Abbott Laboratories, Inc., et al. | N.Y.,S. | 91-CV-1301 | 4/16/91 | 91-40144 | | |
| B-20 | Hyperx, Inc. d/b/a Health-Rite Pharmacy v. Abbott Lab., et al. 6-3-91 | Ill.,N. Koccras | 91-C-1870 | 6/19/91 | 91-40297 MMP | | |
| B-21 | Peter J. Schmitt Co., Inc. v. The Abbott Lab., et al. 6-3-91 | N.Y.,W. Arcara ELFVIN | 91-Civ-01485 | 6/19/91 | 91-40235 MMP | | |
| B-22 | Melrose Pharmacy, Inc. v. Abbott Lab., et al. 6-3-91 | Pa.,E. Kelly | 91-1510 | 6/19/91 | 91-40310 MMP | | |

DOCKET NO. 878 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-23 | Klauser Corp. v. Abbott Lab., Inc., et al. 6-3-91 ~~21~~ tr/12 1/12/25 Remand | Wash.,W. Tanner | C91-5124T | 6/19/91 | 91-40244 MMB | | |
| C-24 | United Brothers Finer Foods, Inc. v. Abbott Laboratories, et al. 9/3/91 | N.D.Ill. Bua | 91-C-4856 | 9/9/91 | 91-40347 | | |
| C-25 | Fleming Companies, Inc., v. Abbott Laboratories, et al. 5/15/92 Opposed 5-24-92 July 1992 - ~~3~~ Tr/~~2~~ / 2 Pending  (C-25 opposed) | Okla.,W. Russell | 92-CIV-792R | 9-3-92 | 92-40335 | | |
| C-26 | Scrivner, Inc. v. Abbott Laboratories et al. 07/04/92 opposed 9-18-92 Sept. 1992 same | Okla, W. Russell | 92-1628R | 11/24/92 | 92-40455 | 1/8/93 D | |
| C-27 | State of Louisiana v. Abbott Laboratories, Inc., et al. 6-9-93 | LA, M. Polozola | 3:93-cv-428 | | | | |

```
                          COUNSEL INVOLVED IN C-25
JPML Form 4

                             ATTORNEY SERVICE LIST
                   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
```

DOCKET NO. 878 -- In re Infant Formula Antitrust Litigation
=================================================================

| | |
|---|---|
| LIAISON COUNSEL FOR PLAINTIFFS<br>Michael J. Freed, Esq.<br>Much, Shelist, Freed, Denenberg,<br>Aament & Eigher, P.C.<br>200 N. LaSalle Street<br>Suite 2100<br>Chicago, IL 60601-1095 | ALBERTSON'S, INC.<br>AMERICAN STORES CO. (Opposition<br>SAFEWAY, INC.           Pending)<br>Richard W. Giauque, Esqw.<br>Gary F. Bendinger, Esq.<br>Giauque, Crockett & Bendinger, P.C.<br>500 Kearns Building<br>136 South Main<br>Salt Lake City, UT 84101 |
| H. Laddie Montague, Jr., Esq.<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, Pa 19103-5365 | STATE OF LOUISIANA (C-27)<br>Stephen L. Dunne, Esq.<br>Attorney General's Office<br>Special Assistant<br>307 Exchange Alley<br>New Orleans, LA 70130 |
| Richard Alan Arnold, Esq.<br>Kenny Nachwalater Seymour<br>  & Arnold, P.A.<br>400 Miami Center<br>201 South Biscayne Boulevard<br>Miami, FL 33131 | |

LIAISON COUNSEL FOR DEFENDANTS
Harry R. Detwiler, Jr., Esq.
Holland & Knight
Barnett Bank Building
315 South Calhoun Street
Tallahassee, FL 32301

FLEMING COMPANIES, INC., (C-25)
Reid E. Robison, Esq. (Opposition
Laurence M. Huffman, Esq.  Pending)
Two Leadershjip Square, 10th Floor
Oklahoma City, OK 73102

ABBOTT LABORATORIES, INC., ET AL.
John H. Shenenfield, Esquire
Morgan, Lewis & Bockius
1800 M. Street, N.W.
Washington, D.C. 20036

BRISTOL MYERS SQUIBB COMPANY
MEADE JOHNSON & CO.
Douglas D. Broadwater, Esquire
Cravath, Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 878 -- In re Infant Formula Antitrust Litigation

Revised 2/21/91

INGRAM PHARMACY, INC., ETC. (A-1)
Michael D. Hausfeld, Esq.
Cohen, Milstein, Hausfeld & Toll
1401 New York Avenue, N.W., Suite 600
Washington, D.C. 20005

STATE OF FLORDIA (A-3)
~~Jerome W. Hoffman, Esq.~~ Patricia A. Conners, Esq.
Department of Legal Affairs
2670 Executive Center Circle West
Sutton Building, Suite 108
Tallahassee, Florida 32301

BARRY'S CUT RATE STORES, INC., ETC. (A-4)
Granvil I. Specks, Esq.
Specks & Goldberg
10 South Wacker Drive
Suite 3500
Chicago, Illinois 60606

DIVISION DRUGS, INC. (A-5)
Michael J. Freed, Esq.
Much Shelist Freed Denenberg Ament &
Eiger, P.C.
200 N. LaSalle Street
Suite 2100
Chicago, Illinois 60601-1095

SAPSTEIN BROS. PHARMACY, INC., ETC. (A-6)
Guido Saveri, Esq.
Saveri & Saveri
One Market Plaza
Spear Street Tower, 39th Floor
San Francisco, CA 94105

SIDNEY LEVIN, ETC. (A-7)
Robert N. Kaplan, Esq.
Kaplan & Kilsheimer
26th Floor
685 Third Ave.
New York, New York 10017

MARK DRUG-STRATHMORE, INC. (A-8)
Kenneth A. Jacobsen, Esq.
Greenfield & Chimicles
361 W. Lancaster Avenue
One Haverford Centre
Haverford, Pennsylvania 19041

EAGLEVILLE PHARMACY, INC. (A-9)
Warren Rubin, Esq.
Gross & Metzger, P.C.
1500 Walnut Street, Suite 620
Philadelphia, Pennsylvania 19102

GIANT MARKETS, INC. (A-10)
H. Laddie Montague, Jr., Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365

BRUCE SIGMAN, ETC. (A-11)
Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
320 Walnut Street, Suite 600
Philadelphia, Pennsylvania 19106

SPAWD, INC., ETC. (A-12)
Alisa G. Field, Esq.
Law Offices of Howard J. Creskoff
Suite 510 Curtis Center
6th & Walnut Streets
Philadelphia, Pennsylvania 19106

ABBOTT LABORATORIES, INC., ET AL.
John H. Shenefield, Esq.
Morgan, Lewis & Bockius
1800 M. Street, N.W.
Washington, D.C. 20036

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 878 --

---

AMERICAN HOME PRODUCTS CORPORATION
Mark R. Merley, Esq.
Arnold & Porter
1200 New Hampshire Avenue, N.W.
Washington, D.C. 20036

BRISTOL MYERS SQUIBB COMPANY and its
 MEAD JOHNSON NUTRITIONAL GROUP
Douglas D. Broadwater, Esq.
Cravath, Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

CENTRAL DRUG MART, INC., ETC. (A-13)
Edward Berman, P.C.
2 North LaSalle Street, Suite 610
Chicago, IL 60602

Louis Hegeman, Esq.
Gould & Ratner
222 North LaSalle Street
Chicago, IL 60601

THE COPPS CORPORATION (A-14)
Lawrence Walner, Esq.
150 North Wacker Drive
Suite 1870
Chicago, IL 60606

NEW PLAINS PHARMACY, INC., ETC. (A-15)
Joel C. Meredith, Esq.
Meredith & Cohen, P.C.
22nd Floor - Architects Building
17th & Sansom Streets
Philadelphia, PA 19103

ECUMENICAL METROPOLITAN MINISTRY/
NORTHWEST HARVEST, ETC. (A-16)
Dianne Nast, Esq.
Kohn, Savett, Klein & Graf
1101 Market Street, 24th Floor
Philadelphia, PA 19107

I&B PHARMACY, INC., ETC. (A-17)
Robert A. Skirnick, Esq.
Wechsler, Skirnick, Harwood,
 Halebian & Feffer
555 Madison Avenue
New York, NY 10022

GRIMALDI PHARMACY, INC., ETC. (A-18)
I. Stephen Rabin, Esq.
685 Third Avenue
New York, NY 10017

WHITE ROSE FOOD, ETC. (A-19)
Stanley S. Leffler, Esq.
900 Third Avenue
New York, NY 10022

Henry A. Brachtl, Esq.
Goodkind, Labaton & Rudoff
122 East 42nd Street
New York, NY 10168

ALBERTSON"S INC. (A-2)
AMERICAN STORES COMPANY
Richard Alan Arnold, Esq.
Kenny Nachwalter Seymour & Arnold, P.A.
400 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131

HYPERX, INC. d/b/a/ Health-Rite
 PHARMACY (B-20)
Robert S. Atkins, Esquire
Robert S. Atkins & Associates
Three First National Plaza
Suite 5310
Chicago, Illinois 60602

Robert A. Sternberg, Esquire
Kovitz, Shifrin & Waitzman
3436 N. Kennicott
Arlington Heights, IL 60004

JPML FORM 2A -- Continuation

Counsel of Record -- p. 3

DOCKET NO. 878 -- _____

| | |
|---|---|
| PETER J. SCHMITT CO., INC. (B-21)<br>Joseph A. Matteliano, Esquire<br>Davis, Augello & Matteliano<br>300 Theatre Place<br>Buffalo, NY 14202<br><br>Michael D. Hausfeld, Esquire<br>(Same as A-1)<br><br><br>MELROSE PHARMACY, INC. (B-22)<br>John Philip McCarthy, Esquire<br>Suite 1501-A<br>3600 Conshohocken Avenue<br>Philadelphia, PA 19131<br><br>KLAUSER CORPORATION (B-23)<br>Lynn Lincoln Sarko, Esquire<br>Mark A. Griffin, Esquire<br>Keller Rohrback<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br><br>Donald L. Perelman, Esquire<br>Fine, Kaplan & Black<br>1845 Walnut Street, Suite 2300<br>Philadelphia, PA 19103<br><br>Joseph Goldberg, Esquire<br>Carpenter & Goldberg, PA<br>1600 University Blvd. N.E.<br>Albuquerque, NM 87102 | LIAISON COUNSEL FOR DEFENDANTS<br>Harry R. Detwiler, Jr., Esq.<br>Holland & Knight<br>Barnett Bank Building<br>315 South Calhoun Street<br>Tallahassee, Florida 32301<br><br>UNITED BROTHERS FINER FOODS, INC. (C-24)<br>Edward A. Berman, Esq.<br>(Same As A-13)<br><br>Granvil I. Specks, Esq.<br>(Same As A-4)<br><br>Gary L. Specks, Esq.<br>Richard A. Sloan, Esq.<br>Altheimer & Gray<br>10 South Wacker Drive<br>Suite 4000<br>Chicago, IL 60606<br><br>Lewis W. Schlifkin, Esq.<br>100 West Monroe Street<br>Suite 2222<br>Chicago, Illinois 60603<br><br><br>FLEMING COMPANIES, INC. (C-25)  *opposed*<br>Reid E. Robison, Esq.<br>Laurence M. Huffman, Esq.<br>Two Leadership Square, 10th Floor<br>Oklahoma City, OK 73102<br><br>MEAD JOHNSON & COMPANY (DEFT. IN C-25)<br>Unable to determine counsel or address<br><br>SCRIVNER, INC. (C-26)<br>James M. Sturdivant, Esq.<br>David L. Bryant, Esq.<br>Patricia Ledvina Himes, Esq.<br>Gable & Gotwals, Inc.<br>2000 Fourth National Bank Building<br>15 West 6th Street<br>Tulsa, OK 74119-5447 |

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 878 -- In re Infant Formula Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Abbott Laboratories, Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, 14, 17, B-20, B-21, B-22, B-23, C-24, C-25, C-26, C-27 |
| Bristol-Myers Squibb Company | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, 14, 17, B-20, B-21, B-22, B-23, C-24, C-25, C-26, C-27 |
| American Home Products Corp. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, 14, 17, B-21, B-22, B-23, B-23, C-24, C-25, C-26, C-27 |
| Mead Johnson & Co. | C-25, C-26 |